UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William J. Martini |
| | : | |
| v. | : | Crim. No. 07-578 |
| | : | |
| SHARPE JAMES and | : | **CONTINUANCE, COMPLEX CASE** |
| TAMIKA RILEY | : | **AND SCHEDULING ORDER** |

This matter having been opened to the Court on the joint motion of the United States of America by Christopher J. Christie, United States Attorney for the District of New Jersey (Judith H. Germano, Assistant U.S. Attorney, and Perry Primavera, Special Assistant U.S. Attorney, appearing), and defendants Sharpe James and Tamika Riley, by their attorneys, Raymond M. Brown and Gerald Krovatin, respectively, for an order declaring this matter to be a complex case pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(ii); and the Court having considered the arguments of counsel; and the defendants being aware that absent such a finding they would have a right to be tried within seventy days of their first appearance in this district in connection with this matter, pursuant to 18 U.S.C. § 3161(c)(1); and the charges being the result of a lengthy investigation and the defendants and their counsel needing sufficient time to review discovery, and to investigate the charges and file motions in this case; and the parties needing sufficient time to review voluminous documents; and Christopher J. Christie, United States Attorney for the District of New Jersey (Judith H. Germano, Assistant U.S. Attorney, and Perry Primavera, Special Assistant U.S. Attorney, appearing) having concurred in the assertion that this matter is complex as defined in the statute; and the Court having found that an order

granting a continuance of the proceedings in the above-captioned matter should be entered, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The Indictment in this case involves allegations of violations that occurred over a period of several years.

2. The documents in this case are voluminous; numerous documents were obtained during the course of the investigation. The discovery in this case includes the fruits of a search, bank records from several bank accounts, records of various financial and business transactions over a period of several years, as well as other items.

3. The parties need time to review and analyze discovery in this matter before the filing of pretrial motions and defendants have specifically requested additional time both before and after arraignment.

4. In light of these findings and given the nature of the case and its complexity, it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established under the Speedy Trial Act.

5. The grant of a continuance will enable the parties to adequately review the discovery, obtain translations, prepare motions and proceed with trial.

6. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this ___ day of July, 2007

ORDERED that this matter is hereby designated a complex case;

IT IS FURTHER ORDERED THAT the proceedings in the above-captioned matter are continued from and including July 23, 2007, to and including February 4, 2007;

IT IS FURTHER ORDERED that the period from and including July 23, 2007, to and including February 4, 2007 shall be excludable in computing time under the Speedy Trial Act of 1974;

IT IS FURTHER ORDERED that the government shall provide discovery no later than **August 6, 2007**, and on a continuing basis thereafter as required;

IT IS FURTHER ORDERED that the Court shall hold a scheduling conference in this matter on **September 11, 2007**;

IT IS FURTHER ORDERED that defendants shall file motions no later than **October 15, 2007**;

IT IS FURTHER ORDERED that the United States shall file motions and its opposition to defendants' motions no later than **November 9, 2007**;

IT IS FURTHER ORDERED that defendants shall file any reply no later than **November 30, 2007**;

IT IS FURTHER ORDERED that the motions are returnable and a hearing will be held on or about **December 21, 2007**; and

IT IS FURTHER ORDERED that jury selection and trial will commence on **February 4, 2008**, or on a date thereafter determined by the Court.

                                                HON. WILLIAM J. MARTINI
                                                United States District Judge