UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>    v.<br><br>**SHARPE JAMES and TAMIKA RILEY,**<br><br>    **Defendants.** | Crim. No. 07-578 (WJM)<br><br><br>**ORDER** |

    This matter having been opened to the Court on the pretrial motions of Defendants Sharpe James and Tamika Riley; the Court having fully considered the papers submitted and the arguments of counsel; the Court having ruled on the majority of Defendants' arguments at a hearing on December 19, 2007 and in a December 21, 2007 Order; for the reasons expressed in the accompanying Opinion and in open court on December 19, 2007, January 8, 2008, and January 15, 2008, and for good cause shown,

    **IT IS** on this 8th day of February 2008 hereby

    **ORDERED** as follows:

1.    Defendant Riley's Motion for Severance is **GRANTED IN PART** and **DENIED IN PART**, as set forth in this Order and the accompanying Opinion.

2. Counts One through Twenty of the Indictment shall be severed from Counts Twenty-One through Thirty-Three.

3. References to the credit card scheme shall be removed from Counts Twenty-One through Thirty-Three, and those counts shall be renumbered, in order, as Counts One through Thirteen of the First Redacted Indictment.

4. Trial on the First Redacted Indictment, which is filed as an attachment to this Order, shall commence on **February 26, 2008.**

        s/William J. Martini
        **William J. Martini, U.S.D.J.**