```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY

                       MINUTES OF PROCEEDINGS
```

Newark                                          Date: 02/26/08

**JUDGE WILLIAM J. MARTINI**

Deputy Clerk: Gail Hansen

Court Reporter: Walter Perelli

Other:                                          Docket No. Cr. 07-578

TITLE OF CASE:

United States
v. Sharpe James
   Tamika Riley

Appearances:

AUSA Judith Germano, Philip Kwon & SAUSA Perry Primavera
Thomas Ashley, Esq., and Alan Zegas, Esq. for Deft Sharpe James
Gerald Krovatin, Esq., for Deft Tamika Riley
Both defendants present


NATURE OF PROCEEDINGS: Criminal Jury trial

Jury selection moved at 9:30 a.m.

      Recess: 1:00 p.m. - 2:00 p.m.

Jury selection continued
Jury trial adjourned at 3:40 p.m. until Wednesday 2/27/08 at 9:30 a.m.


Time Commenced:
Time Adjourned:

                                    Gail A. Hansen, Deputy Clerk