UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 07-578 (WJM) |
| v. | : | Hon. William J. Martini |
| SHARPE JAMES and TAMIKA RILEY | : | <u>VERDICT</u> |

We, the Jury find:

### COUNT 1: SHARPE JAMES

NOT GUILTY \_\_\_\_        GUILTY  ✗

### COUNT 1: TAMIKA RILEY

NOT GUILTY \_\_\_\_        GUILTY  ✗

### COUNT 2: SHARPE JAMES

NOT GUILTY \_\_\_\_        GUILTY  ✗

### COUNT 2: TAMIKA RILEY

NOT GUILTY \_\_\_\_        GUILTY  ✗

### COUNT 3: SHARPE JAMES

NOT GUILTY \_\_\_\_        GUILTY  ✗

### COUNT 3: TAMIKA RILEY

NOT GUILTY \_\_\_\_        GUILTY __X__

### COUNT 4: SHARPE JAMES

NOT GUILTY \_\_\_\_        GUILTY __X__

### COUNT 4: TAMIKA RILEY

NOT GUILTY \_\_\_\_        GUILTY __X__

### COUNT 5: SHARPE JAMES

NOT GUILTY \_\_\_\_        GUILTY __X__

### COUNT 5: TAMIKA RILEY

NOT GUILTY \_\_\_\_        GUILTY __X__

### COUNT 6: TAMIKA RILEY

NOT GUILTY \_\_\_\_        GUILTY __X__

### COUNT 7: TAMIKA RILEY

NOT GUILTY \_\_\_\_        GUILTY __X__

### COUNT 8: TAMIKA RILEY

NOT GUILTY \_\_\_\_    GUILTY _X_

### COUNT 9: TAMIKA RILEY

NOT GUILTY \_\_\_\_    GUILTY _X_

### COUNT 10: TAMIKA RILEY

NOT GUILTY \_\_\_\_    GUILTY _X_

### COUNT 11: TAMIKA RILEY

NOT GUILTY \_\_\_\_    GUILTY _X_

### COUNT 12: TAMIKA RILEY

NOT GUILTY \_\_\_\_    GUILTY _X_

### COUNT 13: TAMIKA RILEY

NOT GUILTY \_\_\_\_    GUILTY _X_

\#1
_____
FOREPERSON

04-16-08
_____
DATE