```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
                             AMENDED
                       MINUTES OF PROCEEDINGS
```

Newark                                          Date: 07/29/08

**JUDGE WILLIAM J. MARTINI**

Deputy Clerk: Gail Hansen

Court Reporter: Walter Perelli

Other: USPO Renee Caggia                Docket No. Cr. 07-578

TITLE OF CASE:

United States
v. Sharpe James
   Tamika Riley


Appearances:

AUSA Judith Germano, Philip Kwon & SAUSA Perry Primavera
Thomas Ashley, Esq., & Alan Zegas, Esq. for Deft Sharpe James
Gerald Krovatin, Esq., for Tamkia Riley

Defendants present


NATURE OF PROCEEDINGS: SENTENCING

Sharpe James:

Imprisonment: 27 months on each of Counts 1-5; to be served concurrently
Supervised Release: 3 years on each of Counts 1-5; to be served concurrently
Special Conditions:
1. Provide full financial disclosure
2. Prohibited from incurring any new debt
3. Provide DNA
Total Fine: $100,000; $20,000 on each of Counts 1-5; due immediately
Total Special Assessment: $500; $100 on each of Counts 1-5; due immediately
Voluntary surrender on 9/15/08 to facility designated by the BOP

TAMIKA RILEY:

Imprisonment: 15 months on each of Counts 1-5; 1 day on each of Counts 6-9; 10-12 and 13; all such terms to run concurrent
Supervised Release: 3 years on each of Counts 1-13; to run concurrent
Special Conditions:
1. Provide full financial disclosure
2. Prohibited from incurring any new debts
3. Cooperate with the IRS
4. Provide DNA
Restitution: $27,000
Total Special Assessment: $1,300; $100 on each of Counts 1-13; due immediately
Voluntary surrender on 9/15/08 to a facility designated by the BOP

Time Commenced: 10:00 a.m. - 1:15 p.m.
Time Adjourned: 2:00 p.m. - 3:00 p.m.

                                        Gail A. Hansen, Deputy Clerk