UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-----------------------------X
UNITED STATES OF AMERICA

Criminal 07-578 WJM

v.

ORDER ON MANDATE

SHARPE JAMES
TAMIKA RILEY

        Defendants.
-----------------------------X

The Third Circuit Court of Appeals having rendered its judgment on September 16, 2010 wherein the Court reversed the jury verdict as to Count 5 and remanded to the District Court to determine whether re-sentencing is required; and the parties having notified the Court that no formal re-sentencing is required,

        It is on this _13th_ day of December, 2010

        ORDERED that Count 5 of the Redacted Indictment is vacated, consistent with the judgment of the Third Circuit Court of Appeals; the fine of $100,000 ($20,000 per Count) imposed on Defendant Sharpe James is reduced by $20,000 for a total fine of $80,000; and the Special Assessment of $100 imposed on each Defendant for Count 5 shall be reimbursed by the Clerk of the Court.

WILLIAM J. MARTINI, U.S.D.J.